Robert F. SPIGNER, Plaintiff– Appellant,

v.

Charles AUSTIN, Chief of the City of Columbia; Bob Coble, Mayor of Columbia; T.C. County Administrator; Sheriff's Deputy; Leon Lott, Sheriff of Richland County; P. O., Defendants–Appellees.

No. 02–7184.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 24, 2002.

Decided Oct. 31, 2002.

Robert F. Spigner, Appellant Pro Se. Robert Gordon Cooper, Office of the City Attorney, Columbia, South Carolina; Alice Price Adams, David Leon Morrison, Davidson, Morrison & Lindemann, P.A., Columbia, South Carolina, for Appellees.

Before WIDENER, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Robert F. Spigner appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district

**480**

court. *See Spigner v. Austin,* No. CA–01–49–3 (D.S.C. June 18, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*